UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ENRON CREDITORS RECOVERY CORP., *et al.*,<br><br>Reorganized Debtors. | Chapter 11<br>Case No. 01-16034 (AJG)<br><br>Jointly Administered |
| ENRON CREDITORS RECOVERY CORP.,<br><br>Appellant,<br><br>v.<br><br>INTERNATIONAL FINANCE CORP., *et al.*<br><br>Appellees. | 07 Civ. 06597 (AKH) |

## STIPULATION AND ORDER REGARDING SCHEDULING

### Recitals

A.  The above-captioned appeal (the "Appeal") arises from an adversary proceeding in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") styled *Enron Creditors Recovery Corp. v. International Finance Corp., et al. (In re Enron Creditors Recovery Corp. et al.)*, Case No. 01-16034 (AJG), Adv. Pro. No. 03-93370 (AJG) (the "Adversary Proceeding").

B.  Defendants Caisse de Dépôt et placement du Québec and National Australia Bank (together, "Defendants") have indicated their intention to file a motion to dismiss the Appeal (the "Motion to Dismiss").

C.  Enron Creditors Recovery Corp. ("Plaintiff") and the Defendants have conferred and agreed upon the schedule and other matters set forth herein.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and the Defendants, through their respective attorneys, as follows:

1. The Defendants shall serve and file with this Court the Motion to Dismiss and any documents relating thereto on or before August 1, 2007.

2. The Plaintiff shall serve and file with this Court its reply memorandum of law in opposition to the Motion to Dismiss and any documents relating thereto on or before August 27, 2007.

3. Briefing on the merits of the Appeal shall abide resolution of the Motion to Dismiss.

Dated: July 23, 2007

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By  /s/ _____
Stephen J. Shimshak (SS-8822)
Douglas R. Davis (DD-0874)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

Attorneys for Caisse de Dépôt et placement du Québec and National Australia Bank

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Telephone: 310-407-4000
David M. Stern
Lee R. Bogdanoff
Stacia A. Neeley
Telephone: (310) 407-4000


    -and-

VENABLE LLP

By: /s/ *[signature]*
    Edward A. Smith (ES-2461)
    The Chrysler Building
    405 Lexington Avenue
    New York, NY 10174
    Telephone: 212-983-3850

Attorneys for Enron Creditors Recovery Corp. f/k/a Enron Corp.


SO ORDERED: **7-30-07**

*[signature]*
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE