UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>ENRON CREDITORS RECOVERY CORP., *et al.*,<br>Reorganized Debtors. | Chapter 11<br>Case No. 01-16034 (AJG)<br><br>Jointly Administered |
| ENRON CREDITORS RECOVERY CORP.,<br>Appellant,<br>v.<br>INTERNATIONAL FINANCE CORP., *et al.*,<br>Appellees. | Adv. Pro. No. 03-93370 (AJG)<br><br>District Court<br>Case No. 07-06597 (AKH)<br><br>**ORAL ARGUMENT REQUESTED** |

### NOTICE OF APPELLEES' MOTION TO DISMISS APPEAL

PLEASE TAKE NOTICE that, upon, the accompanying memorandum of law, the accompanying declaration of Stephen J. Shimshak under 28 U.S.C. §1746 and all other papers and proceedings in the above-captioned appeal (the "Appeal"), the appellees hereby move (the "Motion") before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States District Court for the Southern District of New York (the "Court") for an order dismissing with prejudice the Appeal in its entirety pursuant to Federal Rules of Bankruptcy Procedure 8002 and 8011, and Federal Rule of Civil Procedure 54(b) (made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7054(a)), and granting such other relief as the Court may deem just and proper. The accompanying memorandum of law sets forth the basis for the Motion.

Doc #:US1:5034916.1

PLEASE TAKE FURTHER NOTICE that, pursuant to the July 30, 2007 Stipulation and Order Regarding Scheduling, the appellant shall serve and file with the Court its reply memorandum of law in opposition to the Motion and any documents relating thereto on or before August 27, 2007.

Appellees request oral argument on the Motion.

Dated: August 1, 2007

    Respectfully submitted,

    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

    By: /s/ Stephen J. Shimshak
        Stephen J. Shimshak (SS 8822)
        Douglas R. Davis (DD 0874)

    1285 Avenue of the Americas
    New York, New York 10019-6064
    Telephone: (212) 373-3000
    Facsimile: (212) 757-3990

    Attorneys for Appellees Caisse
    de Dépôt et placement du Québec
    and National Australia Bank