# EXHIBIT 11

Stephen M. Sinaiko (SS-2147)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Attorneys for Bear, Stearns & Co. Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re:                                                  :   Case No. 01-16034 (AJG)
                                                        :
    ENRON CORP., *et al.*,                               :   Chapter 11
                                                        :
        Reorganized Debtors.                        :   Jointly Administered
------------------------------------------------------- x
ENRON CORP.,                                            :
                                                        :   Adversary Proceeding
        Plaintiff,                                  :   No. 03-93370 (AJG)
                                                        :
    - against -                                        :   Order Granting Motions to Dismiss By
                                                            Certain Defendants
INTERNATIONAL FINANCE CORP., *et al.*,                  :
                                                        :
        Defendants.                                 :
------------------------------------------------------- x

        WHEREAS Enron Corp. ("Enron"), in its capacity as a debtor-in-possession in the above captioned Chapter 11 cases, commenced this adversary proceeding by filing its complaint on November 21, 2003, seeking, *inter alia* (a) to avoid and recover, pursuant to 11 U.S.C. §§ 548(a)(1)(B) and 550(a), certain payments to Bear, Stearns & Co. Inc. ("Bear Stearns"), Dexia Bank f/k/a Artesia Banking Corp. N.V. ("Dexia"), Ensign Peak Advisors ("Ensign Peak"), Natexis Banques Populaires ("Natexis"), Nationwide Life Insurance Co. ("Nationwide") and Protective Life Corporation ("Protective Life"), and (b) disallowance, pursuant to 11 U.S.C. § 502(d), of any claims asserted by Bear Stearns, Dexia, Ensign Peak,

KL3 2516456.1

/38

Natexis, Nationwide and Protective Life (together, the "Moving Defendants") against Enron's bankruptcy estate; and

WHEREAS defendants Bear Stearns, Dexia, Ensign Peak and Natexis filed motions to dismiss this adversary proceeding on May 14, 2004; and

WHEREAS defendant Nationwide joined in the motion to dismiss filed by defendants Bear Stearns, Ensign Peak and Natexis; and

WHEREAS defendant Protective Life filed a motion to dismiss this adversary proceeding on January 21, 2005; and

WHEREAS Enron filed papers in opposition to the motions to dismiss by the Moving Defendants on April 29, 2005; and

WHEREAS the Moving Defendants filed reply papers in further support of their motions to dismiss on September 30, 2005; and

WHEREAS the Court conducted a hearing to consider the motions to dismiss by the Moving Defendants on April 10, 2006; and

WHEREAS the Court, having heard arguments by the parties, and upon consideration of the arguments of the parties and all pleadings herein, issued an opinion dated May 2, 2006, granting the Moving Defendants' motions to dismiss

NOW, THEREFORE, it is hereby

ORDERED that the Moving Defendants' motions to dismiss be, and they hereby are, granted;

- 2 -

KL3 2516456.1

ORDERED that all claims in this adversary proceeding against the Moving Defendants be, and they hereby are, dismissed with prejudice; and it is further

ORDERED that, pursuant to Fed. R. Bankr. P. 7054(b) and Fed. R. Civ. P. 54(b), the Clerk of this Court is directed to enter forthwith a final judgment dismissing this adversary proceeding with prejudice as to the Moving Defendants.

Dated: New York, New York
      June 15, 2006

**s/Arthur J. Gonzalez**
Arthur J. Gonzalez
United States Bankruptcy Judge
