# EXHIBIT 13

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
In re:                               :
                                     :      Chapter 11
Enron Corp., et al.,                 :      Case No. 01-16034 (AJG)
                                     :
            Debtor.                  :
                                     :
-------------------------------------X
Enron Corp.,                         :
            Plaintiff,:
                                     :      A.P. No. 03-93370 (AJG)
      against                        :
                                     :
International Finance Corp., et al., :      BC 06.0469
                                     :
            Defendants.              :
-------------------------------------X
```

## JUDGMENT

This action came on for hearing before the Court, Honorable Arthur J. Gonzalez, Bankruptcy Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

**It is Ordered and Adjudged,**

That the plaintiff take nothing and that the action be dismissed on the merits with respect to the defendants, Bear, Stearns & Co., Inc., Dexia Bank f/k/a Artesia Banking Corp. N.V., Ensign Peak Advisors, Natexis Banques Populaires, Nationwide Life Insurance Co. and Protective Life Corporation.

Dated at New York, New York, this Ninth day of August, 2006.

                                                    Kathleen Farrell-Willoughby
                                                       Clerk of Court

                                               By: /s/ Anatin Rouzeau
                                                    Deputy Clerk