# EXHIBIT 16

# EXHIBIT 16

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
In re:                              :
                                    :    Chapter 11
Enron Corp., *et al.*,              :    Case No. 01-16034 (AJG)
                                    :
            Debtor.                 :
                                    :
------------------------------------X
Enron Corp.,                        :
            Plaintiff,:
                                    :    A.P. No. 03-93370 (AJG)
      against                       :
                                    :
International Finance Corp., *et al.*, :
                                    :    BC 06.0468
            Defendants.             :
------------------------------------X

## JUDGMENT

This action came on for hearing before the Court, Honorable Arthur J. Gonzalez, Bankruptcy Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

**It is Ordered and Adjudged**

That the plaintiff take nothing and that the action be dismissed on the merits with respect to the defendants, Caisse de Depot et Placement du Quebec and National Australia Bank.

Dated at New York, New York, this <u>Ninth</u> day of <u>August</u>, 2006.

                              Kathleen Farrell-Willoughby
                              Clerk of Court

                              By: /s/ Anatin Rouzeau
                              Deputy Clerk

*140*