# EXHIBIT 17

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | | **Bankruptcy Case No.** |
| | | **01-16034(AJG)** |
| **Enron Corp., et al.** | **Debtor** | |
| | | |
| **Enron Corp.,** | **Plaintiff** | **Adversary Proceeding No.** |
| | | **03-93370** |
| | **v.** | |
| **International Finance Corp., et al.** | **Defendant** | |

### ENTRY OF DEFAULT

It appears from the record that the following failed to plead or otherwise defend in this case as required by law.

> Name:
> **CDC INVESTMENT MANAGEMENT CORP.**

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

**KATHLEEN FARRELL-WILLOUGHBY**
Clerk of the Bankruptcy Court

November 9, 2004       By: S/AUREA SUAREZ
Date                                         Aurea Suarez
                                             Deputy Clerk

67