# EXHIBIT 18

Case 1:07-cv-06597-AKH    Document 7-19    Filed 08/01/2007    Page 1 of 3

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for the Reorganized Debtors
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald (FAO-1223)
Howard P. Magaliff (HPM-2189)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                         :  Chapter 11
In re:                                                   :
                                                         :  Case No. 01-16034 [AJG]
ENRON CORP., *et al.*,                                   :
                                                         :  Jointly Administered
                    Reorganized Debtors.                 :
----------------------------------------------------------x
                                                         :
ENRON CORP.,                                             :  Adv. Pro. No. 03-93370 [AJG]
                                                         :
                    Plaintiff,                           :
                                                         :
         - against -                                     :
                                                         :
INTERNATIONAL FINANCE CORP, *et. al.*,                   :
                                                         :
                    Defendants.                          :  BC 04.0690
----------------------------------------------------------x

### ORDER GRANTING DEFAULT JUDGMENT
### AGAINST CDC INVESTMENT MANAGEMENT CORP.

Upon the Motion (the "Motion") dated November 23, 2004 of Enron Corp., by its bankruptcy co-counsel, Togut, Segal & Segal LLP, seeking entry of an Order pursuant to Rule 55 of the Federal Rules of Civil Procedure, applicable in this adversary proceeding (the "Adversary Proceeding") by Rule 7055 of the Federal Rules of Bankruptcy Procedure granting Default Judgment against CDC Investment Management Corp. ("Defendant") in the Adversary Proceeding; and it appearing that

Defendant has failed to answer or otherwise appear in the Adversary Proceeding; and upon a review of the pleadings previously filed herein and sufficient cause appearing therefor, it is

**ORDERED, ADJUDGED AND DECREED**, that good and sufficient has been given, and no further or other notice is required; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Defendant is in default for failing to plead or otherwise defend in the Adversary Proceeding; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Judgment be, and hereby is, entered against Defendant in the principal sum of $5,949,429 plus interest at the rate fixed pursuant to 28 U.S.C. § 1961 from November 21, 2003, the date of the commencement of the Adversary Proceeding, until the date that this Judgment is satisfied.

Judgment signed on this 15th day of December, 2004

*s/ Arthur J. Gonzalez*
HONORABLE ARTHUR J. GONZALEZ
UNITED STATES BANRTUPCY JUDGE