# EXHIBIT 20

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X

In re:

ENRON CREDITORS RECOVERY CORP.,
*et al.*,

                        Reorganized Debtors.

------------------------------------------------------X

ENRON CREDITORS RECOVERY CORP.,

                        Plaintiff,

v.

INTERNATIONAL FINANCE CORP., *et al.*,

                        Defendants.

------------------------------------------------------X

Case No. 01-16034 (AJG)

Chapter 11

(Jointly Administered)

Adversary No.: 03-93370 (AJG)

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, David M. Stern, Esq., a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California, request admission, *pro hac vice*, before the Honorable Arthur J. Gonzalez, to represent Enron Creditors Recovery Corp., the above-captioned reorganized debtor and plaintiff, as special bankruptcy litigation counsel, in the above-referenced adversary proceeding.

| | |
|---|---|
| Mailing address: | Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067 |
| E-mail address: | dstern@ktbslaw.com |

95573.1

1

/50

I have paid the fee of $25 concurrently with the filing of this motion.

Dated:  April 24, 2007
        Los Angeles, California　　　　　　　　*/s/ David M. Stern*

                              David M. Stern (DS-3689)
                              KLEE, TUCHIN, BOGDANOFF & STERN LLP
                              1999 Avenue of the Stars, 39th Floor
                              Los Angeles, CA  90067
                              (310) 407-4000 (telephone)
                              (310) 407-9090 (facsimile)

                              Special Bankruptcy Litigation Counsel for Enron
                              Creditors Recovery Corp.

## ORDER

**ORDERED,**

that David M. Stern, Esq., is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding, in the United States Bankruptcy Court, Southern District of New York.

Dated:  April 25        , 2007　　　　　　　s/Arthur J. Gonzalez
        New York, New York　　　　　　　　　　―――――――――――――――
                              UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------X

In re:

ENRON CREDITORS RECOVERY CORP.,
*et al.*,

                      Reorganized Debtors.

------------------------------------------------X

ENRON CREDITORS RECOVERY CORP.,

                      Plaintiff,

v.

INTERNATIONAL FINANCE CORP., *et al.*,

                      Defendants.

------------------------------------------------X

Case No. 01-16034 (AJG)

Chapter 11

(Jointly Administered)

Adversary No.: 03-93370 (AJG)

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Stacia A. Neeley, Esq., a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California, request admission, *pro hac vice*, before the Honorable Arthur J. Gonzalez, to represent Enron Creditors Recovery Corp., the above-captioned reorganized debtor and plaintiff, as special bankruptcy litigation counsel, in the above-referenced adversary proceeding.

| | |
|---|---|
| Mailing address: | Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067 |
| E-mail address: | sneeley@ktbslaw.com |

95575.1

1

/51/

I have paid the fee of $25 concurrently with the filing of this motion.

Dated: April 24, 2007
Los Angeles, California

/s/ *Stacia A. Neeley*

Stacia A. Neeley (SN-8727)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
(310) 407-4000 (telephone)
(310) 407-9090 (facsimile)

Special Bankruptcy Litigation Counsel for Enron Creditors Recovery Corp.

## ORDER

**ORDERED,**

that Stacia A. Neeley, Esq., is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding, in the United States Bankruptcy Court, Southern District of New York.

Dated: April 25, 2007
New York, New York

s/Arthur J. Gonzalez

UNITED STATES BANKRUPTCY JUDGE

95575.1                                   2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

In re:

ENRON CREDITORS RECOVERY CORP.,
et al.,

              Reorganized Debtors.

------------------------------------------------------X

ENRON CREDITORS RECOVERY CORP.,

              Plaintiff,

v.

INTERNATIONAL FINANCE CORP., et al.,

              Defendants.

------------------------------------------------------X

Case No. 01-16034 (AJG)

Chapter 11

(Jointly Administered)

Adversary No.: 03-93370 (AJG)

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Lee R. Bogdanoff, Esq., a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California, request admission, *pro hac vice*, before the Honorable Arthur J. Gonzalez, to represent Enron Creditors Recovery Corp., the above-captioned reorganized debtor and plaintiff, as special bankruptcy litigation counsel, in the above-referenced adversary proceeding.

| | |
|---|---|
| Mailing address: | Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067 |
| E-mail address: | lbogdanoff@ktbslaw.com |

95577.1          1

152

I have paid the fee of $25 concurrently with the filing of this motion.

Dated: April 24, 2007
      Los Angeles, California         */s/ Lee R. Bogdanoff*

                                          Lee R. Bogdanoff (LB-6424)
                                          KLEE, TUCHIN, BOGDANOFF & STERN LLP
                                          1999 Avenue of the Stars, 39th Floor
                                          Los Angeles, CA 90067
                                          (310) 407-4000 (telephone)
                                          (310) 407-9090 (facsimile)

                                          Special Bankruptcy Litigation Counsel for Enron
                                          Creditors Recovery Corp.

## ORDER

**ORDERED,**

that Lee R. Bogdanoff, Esq., is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding, in the United States Bankruptcy Court, Southern District of New York.

Dated: April 25, 2007                                 s/Arthur J. Gonzalez
       New York, New York
                                                UNITED STATES BANKRUPTCY JUDGE