# EXHIBIT 21

Case 1:07-cv-06597-AKH   Document 7-22   Filed 08/01/2007   Page 1 of 3

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for the Reorganized Debtors
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald (FAO-1223)
Howard P. Magaliff (HPM-2189)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| ENRON CREDITORS RECOVERY CORP., *et al.*, | Case No. 01-16034 (AJG) (Post Confirmation) Jointly Administered |
| Reorganized Debtors. | |
-------------------------------------------------------------x
| | |
|---|---|
| ENRON CREDITORS RECOVERY CORP., | Adv. Pro. No. 03-93370 (AJG) |
| Plaintiff, | |
| - against - | |
| INTERNATIONAL FINANCE CORP, *et al.*, | |
| Defendants. | |
-------------------------------------------------------------x

**STIPULATION AND ORDER VACATING DEFAULT
JUDGMENT AND DISMISSING ACTION
AGAINST CDC INVESTMENT MANAGEMENT CORP.**

**WHEREAS**, on December 15, 2004, the Bankruptcy Court entered a default judgment (the "Judgment") against defendant CDC Investment Management Corp. ("CDC");

**WHEREAS**, CDC asserted grounds to vacate the Judgment, and raised defenses to the claims asserted by Enron in this action.

**THEREFORE**, the parties stipulate and agree that:

/53

1.  Subject to approval of the Bankruptcy Court, the Judgment shall be vacated.

2.  Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this adversary proceeding is dismissed with prejudice against CDC, with each party to bear its own costs and expenses.

| | | |
|---|---|---|
| Dated: | New York, New York<br>June 12, 2007 | ENRON CREDITORS RECOVERY CORP.,<br>Reorganized Debtor and Plaintiff<br>By its Bankruptcy co-counsel,<br>TOGUT, SEGAL & SEGAL LLP<br>By:<br><br>/s/ Frank A. Oswald<br>FRANK A. OSWALD (FAO-1223)<br>HOWARD P. MAGALIFF (HPM-2189)<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000 |
| Dated: | New York, New York<br>June 12, 2007 | CDC INVESTMENT MANAGEMENT CORP.<br>By its Counsel,<br>GREENBERG TRAURIG, LLP<br>By:<br><br>/s/ Howard J. Berman<br>HOWARD J. BERMAN (HB-4154)<br>200 Park Avenue<br>New York, New York 10066<br>(212) 801-9200 |

"So Ordered" on June 14, 2007

s/Arthur J. Gonzalez
Arthur J. Gonzalez
United States Bankruptcy Judge

2