# EXHIBIT 22

*154*

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for the Reorganized Debtors
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald (FAO-1223)
Howard P. Magaliff (HPM-2189)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| ENRON CREDITORS RECOVERY CORP., *et al*, | Case No. 01-16034 (AJG) (Post Confirmation) Jointly Administered |
| Reorganized Debtors. | |

------------------------------------------------------------x

| | |
|---|---|
| ENRON CREDITORS RECOVERY CORP., | Adv. Pro. No. 03-93370 (AJG) |
| Plaintiff, | |
| - against - | |
| INTERNATIONAL FINANCE CORP, *et. al.*, | |
| Defendants. | |

------------------------------------------------------------x

### STIPULATION AND ORDER DISMISSING ACTION AGAINST BERKELEY CAPITAL MANAGEMENT, LLC

It is hereby stipulated, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this adversary proceeding is dismissed with prejudice against Berkeley Capital Management, LLC, with each party to bear its own costs and expenses.

*154*

Dated: New York, New York
June 5, 2007

ENRON CREDITORS RECOVERY CORP.,
Reorganized Debtor and Plaintiff
By its Bankruptcy co-counsel,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Frank A. Oswald
FRANK A. OSWALD (FAO-1223)
HOWARD P. MAGALIFF (HPM-2189)
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

Dated: New York, New York
June 4, 2007

BERKELEY CAPITAL MANAGEMENT, LLC
By its Counsel,
HERRICK FEINSTEIN LLP
By:

/s/ Paul Rubin
PAUL RUBIN (PR-2097)
2 Park Avenue
New York, New York 10016
(212) 592-1400

"So Ordered" on June 14, 2007

s/Arthur J. Gonzalez
Arthur J. Gonzalez
United States Bankruptcy Judge

2