# EXHIBIT 23

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for the Reorganized Debtors
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald (FAO-1223)
Howard P. Magaliff (HPM-2189)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
ENRON CREDITORS                                     :    Case No. 01-16034 (AJG)
RECOVERY CORP., et al,                              :    (Post Confirmation)
                                                    :    Jointly Administered
         Reorganized Debtors.                       :
---------------------------------------------------------------x
ENRON CREDITORS RECOVERY CORP.,                     :    Adv. Pro. No. 03-93370 (AJG)
                                                    :
         Plaintiff,                                 :
                                                    :
         - against -                                :
                                                    :
INTERNATIONAL FINANCE CORP, et. al.,                :
                                                    :
         Defendants.                                :
---------------------------------------------------------------x

### NOTICE OF DISMISSAL OF ACTION AGAINST AP FUNDING

      Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and Rule 7041 of the Federal Rules of Bankruptcy Procedure, this adversary proceeding is dismissed without prejudice against AP Funding, individually or for the benefit of Paroo Company Limited.

Dated:   New York, New York           ENRON CREDITORS RECOVERY CORP.,
         June 12, 2007                Reorganized Debtor and Plaintiff
                                      By its Bankruptcy co-counsel,
                                      TOGUT, SEGAL & SEGAL LLP
                                      By:


                                      /s/ Howard P. Magaliff
                                      FRANK A. OSWALD (FAO-1223)
                                      HOWARD P. MAGALIFF (HPM-2189)
                                      One Penn Plaza, Suite 3335
                                      New York, New York 10119
                                      (212) 594-5000

/55