# EXHIBIT 24

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| ENRON CREDITORS RECOVERY CORP., *et al*, | Case No. 01-16034 (AJG) (Post Confirmation) Jointly Administered |
| Reorganized Debtors. | |

-------------------------------------------------------x

| | |
|---|---|
| ENRON CREDITORS RECOVERY CORP., | Adv. Pro. No. 03-93370 (AJG) |
| Plaintiff, | |
| - against - | |
| INTERNATIONAL FINANCE CORP, *et. al.*, | BC 07.0089 |
| Defendants. | |

-------------------------------------------------------x

## JUDGMENT

Enron Creditors Recovery Corp. and Berkeley Capital Management, LLC having entered into the Stipulation and Order Dismissing Action Against Berkeley Capital Management, LLC, and Enron Creditors Recovery Corp. and CDC Investment Management Corp. having entered into the Stipulation and Order Vacating Default Judgment and Dismissing Action against CDC Investment Management Corp.,

**It is Ordered and Adjudged,**

That the plaintiff take nothing and that the action be dismissed on the merits with respect to the defendants, Berkeley Capital Management, LLC and CDC Investment Management Corp., with each party to bear its own costs and expenses.

Dated at New York, New York this 18th day of June 2007.

Kathleen Farrell-Willoughby
Clerk of Court

By: /s/ Anatin Rouzeau
Deputy Clerk

156