# EXHIBIT 25

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

In re:                                        : Case No. 01-16034 (AJG)
                                              :
ENRON CREDITORS RECOVERY CORP.,              : Chapter 11
*et al.*,                                     :
                                              : (Jointly Administered)
            Reorganized Debtors.              :
-------------------------------------------------------- x
ENRON CORP.,                                  : Adv. Pro. No. 03-93370 (AJG)
                                              :
            Plaintiff,                        :
                                              :
      v.                                      :
                                              :
INTERNATIONAL FINANCE CORP., *et al.*,        :
                                              :
            Defendants.                       :
-------------------------------------------------------- x

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that plaintiff Enron Creditors Recovery Corp. f/k/a Enron Corp. ("Enron"), a reorganized debtor and the plaintiff in the above-captioned adversary proceeding, hereby substitutes Venable LLP in place and in the stead of Togut, Segal & Segal LLP as attorneys of record in the above-captioned adversary proceeding. By this substitution, Togut, Segal & Segal LLP and its attorneys are no longer counsel to Enron in this adversary proceeding.

Venable LLP will serve as co-counsel to Klee, Tuchin, Bogdanoff & Stern LLP in this adversary proceeding.

All pleadings, notices and all other matters shall be served upon Venable LLP at the address listed below.

By their signatures below, the undersigned certify their agreement to the

*157*

substitution and represent that good cause exists therefor.

Dated:   Houston, Texas
          June 12, 2007

                                ENRON CREDITORS RECOVERY CORP. f/k/a
                                ENRON CORP.

By:    /s/ Bonnie J. White
        Bonnie J. White
        Managing Director and General Counsel
        1221 Lamar Street, Suite 1600
        Houston, TX 77010-3025

Dated:   New York, New York
          June 18, 2007

                                TOGUT, SEGAL & SEGAL LLP

By:    /s/ Frank A. Oswald
        Frank A. Oswald (FAO-1223)
        Howard P. Magaliff (HPM-2189)
        One Penn Plaza, Suite 3335
        New York, New York 10019
        Telephone: (212) 592-5000

        Withdrawing Attorneys for plaintiff Enron
        Creditors Recovery Corp. f/k/a Enron Corp.

Dated:  New York, New York
        June 19, 2007

                                VENABLE LLP

                    By:     /s/ Edward A. Smith _____
                            Edward A. Smith (ES-2461)
                            The Chrysler Building
                            405 Lexington Avenue
                            New York, New York 10174
                            Telephone: (212) 307-5500

                            Substituting Attorneys for plaintiff Enron Creditors
                            Recovery Corp. f/k/a Enron Corp.

SO ORDERED:


_____
HON. ARTHUR J. GONZALEZ
UNITED STATES BANKRUPTCY JUDGE

95232.1                              3