UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>ENRON CREDITORS RECOVERY CORP., *et al.*,<br>　　　　Reorganized Debtors. | Chapter 11<br>Case No. 01-16034 (AJG)<br><br>Jointly Administered |
| ENRON CREDITORS RECOVERY CORP.,<br>　　　　Appellant,<br>　　v.<br>INTERNATIONAL FINANCE CORP., *et al.*,<br>　　　　Appellees. | Adv. Pro. No. 03-93370 (AJG)<br><br>District Court<br>Case No. 07-06597 (AKH) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

Joseph Monzione, being duly sworn, deposes, and says:

　　　1.　　I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

　　　2.　　On August 1, 2007, I caused to be served copies of the following documents on the persons indicated on the attached service list:

　　　　(i)　　**Appellees' Notice of Motion to Dismiss Appeal;**

　　　　(ii)　　**Appellees' Memorandum of Law in Support of Motion to Dismiss Appeal;** and

　　　　(iii)　　**Declaration of Stephen J. Shimshak** (together with accompanying exhibits)

Doc #:US1:5037263.1

3.  I caused such service to be made by sending true copies of the aforementioned documents by electronic mail (e-mail) to the e-mail addresses given by these persons for this purpose.

4.  On August 2, 2007, I caused to be served true copies of the aforementioned documents on the persons listed on the attached service list by Federal Express, Priority Overnight delivery.

_____
Joseph Monzione

_____
Notary Public

## SERVICE LIST

David M. Stern
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
E-mail Address: dstern@ktbslaw.com

Edward A. Smith
Venable LLP
405 Lexington Avenue
New York, NY 10036
E-mail Address: easmith@venable.com