## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 27, 2007 I caused Appellant's Memorandum of Law in Opposition to Appellees' Motion to Dismiss the Appeal and the accompanying exhibits to be sent by first-class mail to the attorneys for Appellees at the following addresses:

>Stephen J. Shimshak, Esq.
>Paul, Weiss, Rifkind, Wharton & Garrison LLP
>1285 Avenue of the Americas
>New York, New York 10019-6064

>Douglas R. Davis, Esq.
>Paul, Weiss, Rifkind, Wharton & Garrison LLP
>1285 Avenue of the Americas
>New York, New York 10019-6064

_____
LIAM C. EWING (LE-3781)