```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re:                                                       :   No. 01-16034 (AJG)
                                                             :
ENRON CREDITORS RECOVERY CORP.,                              :   Chapter 11
et al.,                                                      :
                                                             :
            Reorganized Debtors.                             :
------------------------------------------------------------ x
                                                             :
ENRON CREDITORS RECOVERY CORP.,                              :   Case No. 07-Civ.-06597 (AKH)
                                                             :
            Appellant,                                       :
                                                             :
    v.                                                       :
                                                             :
INTERNATIONAL FINANCE CORP., et al.,                         :
                                                             :
            Appellees.                                       :
------------------------------------------------------------ x

## ORDER GRANTING MOTION FOR
## *PRO HAC VICE* ADMISSION OF DANIEL J. BUSSEL

This matter having come before the Court on the motion for an order permitting Daniel J. Bussel, a partner at the firm Klee, Tuchin, Bogdanoff & Stern LLP and Professor of Law at the University of California, Los Angeles School of Law, to practice *pro hac vice* before the United States District Court for the Southern District of New York (the "Motion") to represent Enron Creditors Recovery Corp. f/k/a Enron Corp. ("Enron") in this appeal and in all related matters:

IT IS HEREBY ORDERED that the Motion is hereby granted, and Daniel J. Bussel is hereby admitted *pro hac vice* before this Court to represent Enron in this appeal and in all related matters.

Dated: New York, New York
       August ___, 2007

_____
UNITED STATES DISTRICT JUDGE