USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :    No. 01-16034 (AJG)
                                                             :
ENRON CREDITORS RECOVERY CORP.,                              :    Chapter 11
*et al.*,                                                    :
                                                             :
                     Reorganized Debtors.                    :
------------------------------------------------------------ x
                                                             :
ENRON CREDITORS RECOVERY CORP.,                              :    Case No. 07 Civ. 06597 (AKH)
                                                             :
                     Appellant,                              :
                                                             :
          v.                                                 :
                                                             :
INTERNATIONAL FINANCE CORP., *et al.*,                       :
                                                             :
                     Appellees.                              :
------------------------------------------------------------ x

## ORDER GRANTING MOTION FOR
## *PRO HAC VICE* ADMISSION OF DAVID M. STERN

This matter having come before the Court on the motion for an order permitting David M. Stern, a partner at the firm Klee, Tuchin, Bogdanoff & Stern LLP, to practice *pro hac vice* before the United States District Court for the Southern District of New York (the "Motion") to represent Enron Creditors Recovery Corp. f/k/a Enron Corp. ("Enron") in this appeal and in all related matters:

IT IS HEREBY ORDERED that the Motion is hereby granted, and David M. Stern is hereby admitted *pro hac vice* before this Court to represent Enron in this appeal and in all related matters.

Dated: New York, New York
August ___, 2007
            Sep 5

_____
UNITED STATES DISTRICT JUDGE