UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ENRON CREDITORS RECOVERY<br>CORP., *et al.*,<br><br>                  Reorganized Debtors. | Chapter 11<br>Case No. 01-16034 (AJG)<br><br>(Jointly Administered)<br><br><br>Adv. Pro. No.03-93370 (AJG) |
| ENRON CREDITORS RECOVERY<br>CORP.<br><br>                  Appellant,<br><br>v.<br><br>INTERNATIONAL FINANCE<br>CORPORATION, *et al.*,<br><br>                  Appellees. | **District Court Case No.<br>07 Civ. 06597 (AKH)**<br><br> |

## STIPULATION AND ORDER REGARDING SCHEDULING

### Recitals

    A.    The above-captioned appeal (the "Appeal") arises from an adversary proceeding in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") styled *Enron Creditors Recovery Corp. v. International Finance Corp., et al. (In re Enron Creditors Recovery Corp. et al.)*, Case No. 01-16034 (AJG), Adv. Pro. No. 03-93370 (the "Adversary Proceeding").

    B.    On July 23, 2007, Enron Creditors Recovery Corp. ("Appellant") filed with this Court its Notice of Appeal of the Bankruptcy Court's order dismissing the Adversary Proceeding.

Doc #:US1:5084148.2

C.      On August 1, 2007, Appellees Caisse de Dépôt et Placement du Québec and National Australia Bank (together, "Appellees") filed a motion to dismiss the Appeal, which was denied by order entered on October 10, 2007 (the "Order"). The Order directed the parties to submit a briefing schedule on the merits of the appeal.

D.      The attorneys for Appellant and Appellees have conferred and agreed upon the briefing schedule set forth below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Appellant and the Appellees, through their respective attorneys, as follows:

1.      Appellant shall serve and file with this Court its opening brief on the merits of the Appeal on or before November 27, 2007.

2.      Appellees shall serve and file with this Court their brief on the merits of the Appeal on or before January 11, 2008.

3.      Appellant shall serve and file with this Court its reply brief on or before February 5, 2008.

4.      The parties' execution of this Stipulation and Order Regarding Scheduling, its approval by the Court and the submission of briefs thereafter is without prejudice to the rights of Appellees to file and have decided a motion to reconsider the Order and of the Appellant to oppose such motion

Dated: October 15, 2007         KLEE, TUCHIN, BOGDANOFF & STERN LLP

                                By:   /s/ David M. Stern
                                      David M. Stern (DS-3989)
                                      1999 Avenue of the Stars, 39th Floor
                                      Los Angeles, CA 90067
                                      Telephone: (310) 407-4000

                                         -and-

                                VENABLE LLP

                                      Edward A. Smith (ES-24610)
                                      The Chrysler Building
                                      405 Lexington Avenue
                                      New York, NY 10174
                                      Telephone: (212) 983-3850

                                *Attorneys for Enron Creditors Recovery Corp. f/k/a Enron Corp.*

Dated: October 15, 2007         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                By:   /s/ Stephen J. Shimshak
                                      Stephen J. Shimshak (SS-8822)
                                      Douglas R. Davids (DD-0874)
                                      1285 Avenue of the Americas
                                      New York, NY 10019-6064
                                      Telephone: (212) 983-3850

                                *Attorneys for Caisse de Depot et Placement du Quebec and National Australia Bank*

**SO ORDERED:**

Dated: 10-15-07

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

Doc #:US1:5084148.2