AFFIDAVIT OF SERVICE BY FED EX

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Dytonia L Reed, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On October 19, 2007, I served true copies of the foregoing: MEMORANDUM OF LAW IN SUPPORT OF APPELLEES' MOTION FOR RECONSIDERATION and NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S OCTOBER 10, 2007 ORDER DENYING APPELLEES' MOTION TO DISMISS on the following:

**David M. Stern**
Klee, Tuchin, Bogdanoff & Stern, LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067

3. I made such service by personally enclosing true copies of the aforementioned documents in a properly addressed prepaid wrapper and delivering it to a Federal Express office for Priority Overnight delivery.

_____
Dytonia L. Reed

Sworn to before me this
19th day of October 2007

_____
Notary Public

REBECCA McCARTHY
Notary Public, State of New York
No. 01MC6109653
Qualified in New York County
Commission Expires May 17, 2008