## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 26th day of October 2007, I caused to be served via hand delivery a true copy of Appellant Enron Creditors Recovery Corp.'s Memorandum of Law in Opposition to Appellees' Motion for Reconsideration, on counsel for Appellees at the address designated by Appellees' counsel on the electronic docket for this action.

                                                    /s/ Liam C. Ewing, Jr.
                                                    LIAM C. EWING, JR.