AFFIDAVIT OF SERVICE BY FEDEX

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Trevor J. Hill, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On October 31, 2007, I personally served a true copy of the foregoing: APPELLEES' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION FOR RECONSIDERATION on the following:

> David M. Stern
> Klee, Tuchin, Bogdanoff & Stern
> 1999 Avenue of the Stars
> 39th Floor
> Los Angeles, CA 90067

3. I made such service by personally enclosing a true copy of the aforementioned document in a properly addressed pre-paid wrapper and delivering it to a Federal Express office for Priority Overnight delivery.

_____
Trevor J. Hill

Sworn to before me this
31st day of October, 2007

_____
Notary Public

REBECCA McCARTHY
Notary Public, State of New York
No. 01MC6109653
Qualified in New York County
Commission Expires May 17, 2008