KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
(310) 407-4000 (telephone)
(310) 407-9090 (facsimile)
David M. Stern (admitted *pro hac vice*)
Kenneth N. Klee (KK-5910)
Daniel J. Bussel (admitted *pro hac vice*)

    -and-

VENABLE LLP
The Chrysler Building
405 Lexington Avenue, 56th Floor
New York, New York 10174
(212) 983-3850 (telephone)
(212) 307-5598 (facsimile)
Edward A. Smith (ES-2461)

Attorneys for Plaintiff/Appellant
Enron Creditors Recovery Corp. f/k/a Enron Corp.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X

In re:

ENRON CREDITORS RECOVERY CORP., *et al.*,

        Reorganized Debtors.
------------------------------------------------------X
ENRON CREDITORS RECOVERY CORP.

        Plaintiff,

v.

INTERNATIONAL FINANCE CORP., *et al.*,

        Defendants.
------------------------------------------------------X
ENRON CREDITORS RECOVERY CORP.
        Appellant,

v.

INTERNATIONAL FINANCE CORP., *et al.*,
        Appellees.
------------------------------------------------------X

Case No. 01-16034 (AJG)

Chapter 11

(Jointly Administered)

Adversary No.: 03-93370 (AJG)

District Court

Case No. 07-06597 (AKH)

**APPENDIX TO APPELLANT'S OPENING BRIEF**

## APPENDIX TO APPELLANT'S OPENING BRIEF

1. Complaint against International Finance Corp., et al. to Avoid and Recover Fraudulent Transfers, No. 03-93370 (Bankr. S.D.N.Y. Nov. 21, 2003).

2. Amended Motion of Caisse de Depot et Placement du Quebec to Dismiss Adversary Complaint, No. 03-93370 (Bankr. S.D.N.Y. Aug. 17, 2004).

3. Memorandum of Law of Enron Corp. in Opposition to Motion of Caisse de Depot et Placement du Quebec to Dismiss Complaint, No. 03-93370 (Bankr. S.D.N.Y. Apr. 29, 2005).

4. Letter to the Honorable Arthur J. Gonzalez dated May 12, 2005 Re: Defendant Caisse de Depot et Placement du Quebec, No. 03-93370 (Bankr. S.D.N.Y. May 13, 2005).

5. Motion of National Australia Bank to Dismiss Adversary Complaint, No. 03-93370 (Bankr. S.D.N.Y. June 10, 2005).

6. Caisse De Depot Et Placement Du Quebec's Reply in Further Support of Motion to Dismiss Adversary Complaint, No. 03-93370 (Bankr. S.D.N.Y. June 24, 2005).

7. Memorandum of Law of Enron Corp. in Opposition to Motion of National Australia Bank to Dismiss Complaint, No. 03-93370 (Bankr. S.D.N.Y. Aug. 5, 2005).

8. National Australia Bank's Reply to Motion to Dismiss Adversary Complaint, No. 03-93370 (Bankr. S.D.N.Y. Sept. 16, 2005).

9. Transcript of Hearing held on April 27, 2006, Amended Motion By Caisse De Depot Et Placement Du Quebec To Dismiss Adversary Proceeding; Motion By National Australia Bank To Dismiss, No. 03-93370 (Bankr. S.D.N.Y. June 29, 2006).

10. Opinion signed on May 18, 2006 granting defendants' motions to dismiss complaint, No. 03-93370 (Bankr. S.D.N.Y. May 18, 2006).

11. Errata Order Opinion signed on May 18, 2006 granting defendants' motions to dismiss complaint, No. 03-93370 (Bankr. S.D.N.Y. May 18, 2006).

12. Second Errata Order Opinion signed on May 19, 2006 granting defendants' motions to dismiss complaint, No. 03-93370 (Bankr. S.D.N.Y. May 19, 2006).

13. Order signed on June 5, 2006 granting motions to dismiss by Caisse De Depot Et Placement Du Quebec and National Australia Bank, No. 03-93370 (Bankr. S.D.N.Y. June 5, 2006).

14. Judgment signed on August 9, 2006. JUDGMENT INDEX NUMBER BC 06.0468, No. 03-93370 (Bankr. S.D.N.Y. Aug. 9, 2006).

15. So Ordered Stipulation and Order signed on June 14, 2007 dismissing action against Berkeley

Capital Management, LLC., No. 03-93370 (Bankr. S.D.N.Y. June 14, 2007).

16. Notice of Dismissal of Action Against AP Funding filed by Enron Creditors Recovery Corp., et al., No. 03-93370 (Bankr. S.D.N.Y. June 14, 2007).

17. Judgment signed on June 18, 2007. JUDGMENT INDEX NUMBER BC 07.0089, No. 03-93370 (Bankr. S.D.N.Y. June 18, 2007).

18. Notice of Appeal filed by Enron Creditors Recovery Corp., et al., No. 03-93370 (Bankr. S.D.N.Y. June 22, 2007).

19. Designation of Record and Statement of Issue filed by Enron Creditors Recovery Corp., et al., No. 03-93370 (Bankr. S.D.N.Y. June 29, 2007).

20. Counter Designation by Caisse De Depot et Placement du Quebec, National Australia Bank of Additional Items to be Included in Record on Appeal and Counter-Statement of Issues Involved, No. 03-93370 (Bankr. S.D.N.Y. July 9, 2007).

21. H.R. Rep. No. 595, 95th Cong., 1st Sess. 375 (1977), *reprinted in* 1978 U.S.C.C.A.N. 5963, 6331.

22. S. Rep. No. 989, 95th Cong., 2d Sess. 90 (1978), *reprinted in* 1978 U.S.C.C.A.N. 5787, 5876.

23. *In re Furs by Albert & Marc Kaufman, Inc.*, 2006 WL 3735621 (Bankr. S.D.N.Y. Dec. 14, 2006).

24. *Williams v. Baxter Land Co. (In re Arkansas Catfish Growers)*, 2007 WL 215815 (January 25, 2007).

25. *Twyne's Case*, 3 Coke Rep. 80b, 76 Eng. Rep. 809 (K.B. 1601).