11

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | For Publication |

| | |
|---|---|
| In re: | Chapter 11 |
| ENRON CORP., *et al*. | Case No. 01 B 16034 (AJG)<br>Confirmed Case |
| Reorganized Debtors. | |
| ENRON CORP., | |
| Plaintiff, | |
| v. | Adv. Pro. No. 03-93370 A |
| INTERNATIONAL FINANCE CORP., *et al*., | |
| Defendants. | |

ERRATA ORDER
OPINION GRANTING DEFENDANTS'
MOTIONS TO DISMISS COMPLAINT

The Opinion Granting Defendants' Motions to Dismiss Complaint, entered on the docket on May 18, 2006, should be corrected as follows:

On page 1, in the Appearances section, the reference to

"Stephin J. Shimshak, Esq."

Should be corrected to read

"Stephen J. Shimshak, Esq."

Dated: New York, New York
       May 18, 2006

                                          **s/Arthur J. Gonzalez**
                                          UNITED STATES BANKRUPTCY JUDGE