12

UNITED STATES BANKRUPTCY COURT          For Publication
SOUTHERN DISTRICT OF NEW YORK
_____

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
|   | : |   |
| ENRON CORP., *et al.* | : | Case No. 01 B 16034 (AJG) |
|   | : | Confirmed Case |
| Reorganized Debtors. | : |   |
| _____ | : |   |
|   | : |   |
| ENRON CORP., | : |   |
| Plaintiff, | : |   |
|   | : |   |
| v. | : | Adv. Pro. No. 03-93370 A |
|   | : |   |
| INTERNATIONAL FINANCE CORP., *et al.*, | : |   |
|   | : |   |
| Defendants. | : |   |
| _____ | : |   |

SECOND ERRATA ORDER
OPINION GRANTING DEFENDANTS'
MOTIONS TO DISMISS COMPLAINT


The Opinion Granting Defendants' Motions to Dismiss Complaint, entered on the docket

on May 18, 2006, should be corrected as follows:


(1)    On page 13, on the last line in the text, at the end of the sentence:

        there is a superscript 7 indicating a footnote

The line should be corrected as follows:

        eliminate the superscript 7, as superfluous.

(2)    On page 16, in the last sentence:

the use of the term "Caisse" is incomplete.

It should be corrected, as such term was defined in the text, to read:

"Caisse de Depot".

Dated: New York, New York
       May 19, 2006

                              **s/Arthur J. Gonzalez**
                              UNITED STATES BANKRUPTCY JUDGE