13

Case 1:07-cv-06597-AKH    Document 24-15    Filed 11/27/2007    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ENRON CORP., *et al.,*<br><br>Debtors. | Case No. 01-16034 (AJG)<br><br>Chapter 11<br><br>Jointly Administered |
| ENRON CORP.,<br><br>Plaintiff,<br><br>- against -<br><br>INTERNATIONAL FINANCE CORP., *et al.,*<br><br>Defendants. | Adversary Proceeding<br>No. 03-93370 (AJG) |

**ORDER GRANTING MOTIONS TO DISMISS BY CAISSE DE DEPOT ET PLACEMENT DU QUEBEC AND NATIONAL AUSTRALIA BANK**

Upon the motions to dismiss filed by Caisse de Depot et Placement du Quebec ("CDP") and National Australia Bank ("NAB"), the Court having considered all declarations, requests for judicial notice and other papers filed in support of or opposition to the motions to dismiss, and the oral arguments of all counsel presented at the hearing on April 27, 2006; and upon the Court's findings of fact and conclusions of law set forth in its Opinion Granting Defendants' Motions to Dismiss Complaint dated May 18, 2006, all of which are incorporated by reference as though fully set forth herein; and due and proper notice of this order having been given to all parties;

Doc #:NY7:196491.1                                   3

**NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT**:

1. The motions to dismiss by CDP and NAB be, and hereby are, GRANTED;

2. All claims in this adversary proceeding against CDP and NAB, be and hereby are, dismissed with prejudice;

3. That this order shall take effect immediately upon its entry; and

4. That pursuant to Fed. R. Bankr. P. 7054 and Fed. R. Bankr. P. 9021, the Clerk of this Court is directed to enter forthwith a final judgment dismissing this adversary proceeding with prejudice as to CDP and NAB.

Dated: New York, New York
June 5, 2006

By: **s/Arthur J. Gonzalez**
Arthur J. Gonzalez
UNITED STATES BANKRUPTCY JUDGE