15

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for the Reorganized Debtors
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald (FAO-1223)
Howard P. Magaliff (HPM-2189)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re:                                          :    Chapter 11
                                                :
ENRON CREDITORS                                 :    Case No.  01-16034 (AJG)
RECOVERY CORP., *et al,*                        :    (Post Confirmation)
                                                :    Jointly Administered
           Reorganized Debtors.                 :
                                                :
------------------------------------------------------------x
                                                :
ENRON CREDITORS RECOVERY CORP.,                 :    Adv. Pro. No. 03-93370 (AJG)
                                                :
           Plaintiff,                           :
                                                :
     - against -                                :
                                                :
INTERNATIONAL FINANCE CORP, *et. al.,*          :
                                                :
           Defendants.                          :
                                                :
------------------------------------------------------------x

### STIPULATION AND ORDER DISMISSING ACTION AGAINST BERKELEY CAPITAL MANAGEMENT, LLC

It is hereby stipulated, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this adversary proceeding is dismissed with prejudice against Berkeley Capital Management, LLC, with each party to bear its own costs and expenses.

| | | |
|---|---|---|
| Dated: | New York, New York<br>June 5, 2007 | ENRON CREDITORS RECOVERY CORP.,<br>Reorganized Debtor and Plaintiff<br>By its Bankruptcy co-counsel,<br>TOGUT, SEGAL & SEGAL LLP<br>By: |

/s/ Frank A. Oswald
FRANK A. OSWALD (FAO-1223)
HOWARD P. MAGALIFF (HPM-2189)
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

| | | |
|---|---|---|
| Dated: | New York, New York<br>June 4, 2007 | BERKELEY CAPITAL MANAGEMENT, LLC<br>By its Counsel,<br>HERRICK FEINSTEIN LLP<br>By: |

/s/ Paul Rubin
PAUL RUBIN (PR-2097)
2 Park Avenue
New York, New York  10016
(212) 592-1400

"So Ordered" on June 14, 2007

**s/Arthur J. Gonzalez**
Arthur J. Gonzalez
United States Bankruptcy Judge

2