19

Case 1:07-cv-06597-AKH    Document 24-21    Filed 11/27/2007    Page 1 of 5

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
(310) 407-4000 (telephone)
(310) 407-9090 (facsimile)
David M. Stern (DS-3689)
Lee R. Bogdanoff (LB-6424)
Stacia A. Neeley (SN-8727)

-and-

VENABLE LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 983-3850 (telephone)
(212) 307-5598 (facsimile)
Edward A. Smith (ES-2461)

Counsel for Enron Creditors Recovery Corp. f/k/a Enron Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                                        :   No. 01-16034 (AJG)
                                                              :
ENRON CREDITORS RECOVERY CORP.,                               :   Chapter 11
*et al.*,                                                     :
                                                              :
                          Reorganized Debtors.                :
------------------------------------------------------------- x
                                                              :
ENRON CREDITORS RECOVERY CORP.,                               :   Adv. Pro. No. 03-93370 (AJG)
                                                              :
                          Plaintiff,                          :
                                                              :
         v.                                                   :
                                                              :
INTERNATIONAL FINANCE CORP., *et al.*,                        :
                                                              :
                          Defendants.                         :
------------------------------------------------------------- x

**DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND
STATEMENT OF ISSUE TO BE PRESENTED ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Enron Creditors Recovery Corp. f/k/a Enron Corp. ("Enron"), by its undersigned counsel, hereby submits the following designation of items for inclusion in the record on appeal and statement of

issue to be presented on Enron's appeal from an opinion dated May 18, 2006 [Docket No. 132], an order dated June 5, 2006 [Docket No. 137] and a judgment dated August 9, 2006 [Docket No. 140] of the United States Bankruptcy Court for the Southern District of New York (Gonzalez, J.) granting motions to dismiss filed by appellees Caisse de Depot du Quebec and National Australia Bank, and a judgment of the Bankruptcy Court dated June 18, 2007 [Docket No. 156].[1]

### Statement of Issue to be Presented on Appeal

Whether the legal representative of a bankruptcy estate that has timely filed suit against a subsequent transferee to avoid and recover a fraudulent transfer under the federal Bankruptcy Code, but that has not sued the initial transferee, states a claim on which relief can be granted.

### Designation of Items to Be Included in the Record on Appea

| Designation No. | Docket No. | Description |
| --- | --- | --- |
| P-1 | 1 | Complaint to Avoid and Recover Fraudulent Transfers |
| P-2 | 55 | Motion of Caisse de Depot et Placement du Quebec to Dismiss Adversary Complaint With Prejudice |
| P-3 | 57 | Amended Motion of Caisse de Depot et Placement du Quebec to Dismiss Adversary Complaint With Prejudice |
| P-4 | 94 | Memorandum of Law of Enron Corp., Plaintiff, in Opposition to Motion of Caisse de Depot et Placement du Quebec to Dismiss Complaint |
| P-5 | 96 | Letter to Honorable Arthur J. Gonzalez dated May 12, 2005, including attachment |
| P-6 | 103 | Defendant National Australia Bank's |

---

[1] The opinion, order and judgment listed as Docket Nos. 132, 137 and 140 became appealable as final only upon entry of the orders and judgment [Docket Nos. 153, 154 and 156] disposing of the remaining claims against the remaining defendants. 28 U.S.C. § 158(a)(1); *LTV Steel Co, Inc. v. United Mine Wkrs. (In re Chateaugay Corp.)*, 922 F.2d 86, 90 (2d Cir. 1990); *Delta Air Lines, Inc. v. A.I. Leasing II, Inc. (In re Pan Am Corp.)*, 159 B.R. 396, 400 (S.D.N.Y. 1993). Although Appellant does not seek appellate review as to the claims and defendants disposed of in judgment BC 07.0089 [Docket No. 156], to the extent necessary to perfect its appeal of the previously interlocutory opinion, order and judgment [Docket Nos. 132, 137 and 140], Appellant has given notice of its appeal from judgment BC 07.0089 [Docket No. 156] as well.

| Designation No. | Docket No. | Description |
|---|---|---|
| | | Motion to Dismiss Adversary Proceeding |
| P-7 | 108 | Caisse de Depot et Placement du Quebec's Reply in Further Support of Motion to Dismiss Adversary Complaint With Prejudice |
| P-8 | 113 | Memorandum of Law of Enron Corp., Plaintiff, in Opposition of Motion of National Australia Bank to Dismiss Complaint |
| P-9 | 117 | Defendant National Australia Bank's Reply Brief in Support of its Motion to Dismiss Adversary Complaint |
| P-10 | 130 | Notice of Settlement of an Order and Exhibit A (Proposed Order) |
| P-11 | 132 | Opinion Granting Defendants' Motions to Dismiss Complaint[2] |
| P-12 | 133 | Errata Order Opinion Granting Defendants' Motions to Dismiss Complaint |
| P-13 | 134 | Second Errata Order Opinion Granting Defendants' Motions to Dismiss Complaint |
| P-14 | 135 | Notice of Settlement of an Order in re: Proposed Order Granting Motions to Dismiss |
| P-15 | 137 | Order Granting Motions to Dismiss by Caisse de Depot et Placement du Quebec and National Australia Bank |
| P-16 | 138 | Order Granting Motions to Dismiss by Certain Defendants |
| P-17 | 139 | Transcript of Hearing on April 27, 2006 |
| P-18 | 140 | Judgment re: Caisse de Depot et Placement du Quebec and National Australia Bank (BC 06.0468) |
| P-19 | 153 | Stipulation and Order Vacating Default Judgment and Dismissing Action Against CDC Investment Management Corp. |
| P-20 | 154 | Stipulation and Order Dismissing Action Against Berkeley Capital Management, LLC |
| P-21 | 156 | Judgment Dismissing Action Against CDC Investment Management Corp. and |

---

[2] The Opinion is reported as *Enron Corp. v. Int'l Finance Corp. (In re Enron Corp.)*, 343 B.R. 75 (Bankr. S.D.N.Y. 2006).

| Designation No. | Docket No. | Description |
|---|---|---|
| | | Berkeley Capital Management, LLC (BC 07.0089) |
| P-22 | 160 | Notice of Appeal |

Dated:   Los Angeles, California
         June 29, 2007

                                          KLEE, TUCHIN, BOGDANOFF & STERN LLP


                                          By: /s/ David M. Stern
                                              David M. Stern (DS-3689)
                                              Lee R. Bogdanoff (LB-6424)
                                              Stacia A. Neeley (SN-8727)
                                              1999 Avenue of the Stars, 39th Floor
                                              Los Angeles, CA 90067
                                              (310) 407-4000 (telephone)
                                              (310) 407-9090 (facsimile)

                                                            -and-

Dated:  New York, New York                VENABLE LLP
        June 29, 2007


                                          By: /s/ Edward A. Smith
                                              Edward A. Smith (ES-2461)
                                              The Chrysler Building
                                              405 Lexington Avenue
                                              New York, New York 10174
                                              (212) 983-3850 (telephone)
                                              (212) 307-5598 (facsimile)

                                              Counsel for Enron Creditors Recovery Corp.
                                              f/k/a Enron Corp.