20

Case 1:07-cv-06597-AKH   Document 24-22   Filed 11/27/2007   Page 1 of 6

Stephen J. Shimshak (SS-8822)
Douglas R. Davis (DD-0874)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

Attorneys for Caisse de Dépôt et placement du Québec
and National Australia Bank

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>ENRON CREDITORS RECOVERY CORP., *et al.*,<br>Reorganized Debtors. | Chapter 11<br>Case No. 01-16034 (AJG)<br>Jointly Administered |
| ENRON CREDITORS RECOVERY CORP.,<br>Plaintiff,<br>v.<br>INTERNATIONAL FINANCE CORP., *et al.*,<br>Defendants. | Adversary Proceeding<br>No. 03-93370 (AJG) |

### DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND COUNTER-STATEMENT OF ISSUES INVOLVED

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Caisse de Dépôt et placement du Québec ("Caisse") and National Australia Bank ("NAB"), by their undersigned attorneys, hereby submit the following designation of additional items to be included in the record on appeal and counter-statement of issues involved in the appeal by Enron Creditors Recovery Corp. ("Enron") to the District Court for the Southern District of New York, from the order and the corresponding judgment of

Doc #:US1:5020585.2

the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered by the Bankruptcy Court in the above-captioned adversary proceeding on June 5 and August 9, 2006, respectively.

### Designation of Additional Items to be Included in the Record on Appeal

In addition to each of the documents designated by Enron in its Designation of Items to be Included in Record on Appeal and Statement of Issues to be Presented on Appeal (Docket No. 162, Bankruptcy Court Docket), Caisse and NAB hereby designate the following documents:

| Docket No.[1] | Description |
|---|---|
| 19 | So Ordered Stipulation signed on 2/26/2004 dismissing complaint against defendant Metropolitan West Capital Management |
| 22 | So Ordered Stipulation signed on 3/23/2004 dismissing adversary proceeding against International Finance Corporation and European Bank for Reconstruction and Development |
| 31 | Defendant Dexia Bank's Motion to Dismiss Adversary Complaint |
| 32 | Motion to Dismiss Adversary Proceeding filed by Investkredit Bank AG |
| 33 | Declaration of Dr. Walter Anscheringer in Support of Motion to Dismiss |
| 34 | Notice of Motion to Dismiss Complaint filed by Investkredit Bank AG |
| 36 | Motion to Dismiss Adversary Proceeding filed by Nationwide Life Insurance Company |
| 37 | Motion to Dismiss Adversary Proceeding filed by Banque Generale du Luxembourg S.A., Bear, Stearns & Co. Inc., Ensign Peak Advisors, Natexis Banques Populaires and Investkredit Bank AG |

---

[1] The exhibit(s) attached to each document designated herein are included in the record on appeal.

Doc #:US1:5020585.2

2

| | |
|---|---|
| 38 | Memorandum of Law of Defendants Bear, Stearns & Co. Inc., Banque Generale Du Luxembourg S.A., Ensign Peak Advisors, Investkredit Bank A.G. and Natexis Banques Populaires in Support of Their Motion to Dismiss |
| 63 | Affidavit Pursuant to Fed.R.Civ.P. 55(a) for Clerk's Entry of Default |
| 64 | Affidavit Pursuant to Fed.R.Civ.P. 55(a) for Clerk's Entry of Default |
| 65 | Affidavit Pursuant to Fed.R.Civ.P. 55(a) for Clerk's Entry of Default |
| 67 | Clerk's Entry of Default entered against the defendant CDC Investment Management Corp. |
| 68 | Clerk's Entry of Default entered against the defendant National Australia Bank |
| 69 | Clerk's Entry of Default entered against the defendant Protective Life |
| 76 | Order Granting Default Judgment |
| 77 | So Ordered Stipulation and Order setting aside the entry of default against Protective Life Corporation |
| 80 | Motion of Defendant Protective Life Corporation to Dismiss the Adversary Proceeding |
| 81 | Notice of Motion of Defendant Protective Life Corporation to Dismiss the Adversary Proceeding |
| 84 | Enron Corp's Motion for an Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Stipulation of Settlement with Defendant Investkredit Bank A.G. |
| 92 | Amended So Ordered Stipulation and Order signed on 3/31/2005 between Enron Corp. and Investkredit Bank A.G. providing for settlement of adversary proceeding and limited releases |
| 93 | So Ordered Stipulation dismissing action against Investkredit Bank A.G. |
| 99 | Enron Corp.'s Motion for an Order Pursuant to Fedr. Rule of Bankruptcy Procedure 9019 Approving Stipulation of Settlement with Defendant Banque Generale Du Luxembourg, S.A. |
| 102 | So Ordered Stipulation and Order between the Plaintiff Enron Corp. and Defendant National Australia Bank regarding motion to dismiss |
| 106 | So Ordered Stipulation and Order between Enron Corp. and Banque Generale du Luxembourg, S.A. providing for the settlement of adversary proceeding |
| 110 | Answer to Complaint filed by Berkeley Capital Management, LLC |

| 127 | Opinion Granting Defendants' Motions to Dismiss Complaint |
| --- | --- |
| 129 | Errata Order Regarding Opinion Granting Defendants' Motions to Dismiss Complaint |
| 136 | Affidavit of Service by Brooke Filler |
| 141 | Judgment signed on 8/9/2006 |
| 148 | Notice of Appearance |
| 150 | Order admitting David M. Stern, Esq. to practice *pro hac vice* |
| 151 | Order admitting Stacia A. Neeley, Esq. to practice *pro hac vice* |
| 152 | Order admitting Lee R. Bogdanoff, Esq. to practice *pro hac vice* |
| 155 | Notice of Dismissal of Action Against AP Funding |
| 157 | Notice of Withdrawal and Substitution of Counsel |
| 158 | So Ordered Notice of Substitution of Counsel |

**Counter-Statement of Issues Involved in this Appeal**

The issues involved in this appeal are:

1.  Whether this appeal should be dismissed for Enron's failure to file a timely notice of appeal from the order and judgment of the Bankruptcy Court.[2]

2.  Whether a debtor that seeks to recover an alleged fraudulent transfer from a subsequent transferee under 11 U.S.C. 550(a), which provides, in pertinent part, that "to the extent that a transfer is avoided under [certain sections] of this title, the trustee may recover...the property transferred...from [a subsequent transferee]," must first avoid the transfer against the initial transferee of that transfer?

---

[2] Caisse and NAB intend to pursue the dismissal of this appeal by separate motion.

Dated: New York, New York
       July 9, 2007

Respectfully submitted,


 /s/ Stephen J. Shimshak
Stephen J. Shimshak (SS-8822)
Douglas R. Davis (DD-0874)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

Attorneys for Caisse de Dépôt et placement du Québec and National Australia Bank