## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 27th day of November 2007, I caused to be served via hand delivery true copies of Appellant Enron Creditors Recovery Corp.'s ("Enron") Opening Brief and accompanying Appendix in Support of its Appeal from the Bankruptcy Court order and judgments granting the motions to dismiss of Appellees Caisse de Dépôt et placement du Québec and National Australia Bank, and dismissing Enron's complaint against Appellees with prejudice, on counsel for Appellees at the address designated by Appellees' counsel on the electronic docket for this action.

                                                                 /s/ Liam C. Ewing, Jr.
                                                                 LIAM C. EWING, JR.