KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California  90067
(310) 407-4000 (telephone)
(310) 407-9090 (facsimile)
David M. Stern (admitted *pro hac vice*)
Kenneth N. Klee (KK-5910)
Daniel J. Bussel (admitted *pro hac vice*)

-and-

VENABLE LLP
The Chrysler Building
405 Lexington Avenue, 56th Floor
New York, New York  10174
(212) 983-3850 (telephone)
(212) 307-5598 (facsimile)
Edward A. Smith (ES-2461)

Attorneys for Plaintiff/Appellant
Enron Creditors Recovery Corp. f/k/a Enron Corp.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

In re:

ENRON CREDITORS RECOVERY CORP., *et al.*,

        Reorganized Debtors.
-------------------------------------------------------X
ENRON CREDITORS RECOVERY CORP.

        Plaintiff,

v.

INTERNATIONAL FINANCE CORP., *et al.*,

        Defendants.
-------------------------------------------------------X

ENRON CREDITORS RECOVERY CORP.
        Appellant,

v.

INTERNATIONAL FINANCE CORP., *et al.*,
        Appellees.
-------------------------------------------------------X

Case No. 01-16034 (AJG)

Chapter 11

(Jointly Administered)

Adversary No.:  03-93370 (AJG)

District Court

Case No. 07-06597 (AKH)

**APPELLANT'S SUPPLEMENTAL APPENDIX**

## **SUPPLEMENTAL APPENDIX**

26. *Aguinda v. Texaco, Inc.*, 1994 WL 142006 (S.D.N.Y. 1994).

27. *Composite Modules, Inc. v. Tallheimer Bros, Inc.*, 2007 WL 4465461 (D. Mass. 2007).

28. JOHN W. SMITH, LL.D. THE EQUITABLE REMEDIES OF CREDITORS, §§ 39, 48, 60-62, 66 (1899).