**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of February, 2008, I caused to be served via hand delivery true and accurate copies of Appellant Enron Creditors Recovery Corp.'s ("Enron") Reply Brief and accompanying Supplemental Appendix in support of its Appeal from the Bankruptcy Court order and judgments granting the motions to dismiss of Appellee Caisse de Dépôt et placement du Quebec and National Australia Bank, and dismissing Enron's complaint against Appellees with prejudice, on counsel for Appellees at the address designated by Appellees counsel on the electronic docket of this action.

　　　　　　　　　　　　　　　　　　　　　　／s／ Gregory W. Gilliam_____
　　　　　　　　　　　　　　　　　　　　　　Gregory W. Gilliam

TO:

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of Americas
New York, NY 10019
(212) 373-3000
Fax: (212) 492-0133